**2013–1168.   State v. Thornton.**
Clermont App. No. CA2012–09–063, 2013-Ohio-2394. On motion for reconsideration. Motion denied.
O'NEILL, J., dissents.

**2013–1197.   In re Raheem L.**
Hamilton App. No. C–100608, 2013-Ohio-2423. On motion for reconsideration. Motion denied.
LANZINGER, FRENCH, and O'NEILL, JJ., dissent.

**2013–1208.   Robinette v. Bryant.**
Lawrence App. No. 12CA20, 2013-Ohio-2889. On motion for reconsideration. Motion denied.
O'NEILL, J., dissents.

**2013–1214.   DeGarmo v. Worthington City Schools Bd. of Edn.**
Franklin App. No. 12AP–961, 2013-Ohio-2518. On motion for reconsideration. Motion denied.

**2013–1236.   State v. Evans.**
Richland App. No. 12CA76, 2013-Ohio-2730. On motion for reconsideration. Motion denied.
LANZINGER and O'NEILL, JJ., dissent.

**2013–1295.   In re M.C.**
Erie App. No. E–12–031, 2013-Ohio-2808. On motion for reconsideration. Motion denied.
O'CONNOR, C.J., dissents and would grant the motion for reconsideration as to Proposition of Law No. I.
LANZINGER and O'NEILL, JJ., dissent.

**2013–1339.   State ex rel. McGee v. Judges of the Cuyahoga Cty. Court of Common Pleas.**
In Mandamus. On motion for reconsideration. Motion denied.

**2013–1391.   Cleveland v. Schmidt.**
Cuyahoga App. No. 98603, 2013-Ohio-1547. On motion for reconsideration. Motion denied.

**2013–1392.   Smith v. Ray Esser & Sons, Inc.**
Lorain App. No. 12CA010150, 2013-Ohio-1095. On motion for reconsideration. Motion denied.
KENNEDY and FRENCH, JJ., dissent.

# CASE ANNOUNCEMENTS

*January 22, 2014*

[Cite as *01/22/2014 Case Announcements #2*, 2014-Ohio-179.]

# RECONSIDERATION OF PRIOR DECISIONS

**2012–0613.   Freshwater v. Mt. Vernon City School Dist. Bd. of Edn.**
Knox App. No. 2011–CA–000023, 2012-Ohio-889. On motion for reconsideration. Motion denied.
PFEIFER, O'DONNELL, and KENNEDY, JJ., dissent.